UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JENNIFER POLTROCK,            )
                              )
          Movant,             )
     vs.                      )   No. 2:12-cv-00235-JMS-WGH
                              )
UNITED STATES OF AMERICA.     )

**Entry Directing Further Proceedings**

**I.**

"District courts should not have to read and decipher tomes disguised as pleadings." *Lindell v. Houser*, 442 F.3d 1033, 1035 n.1 (7th Cir. 2006). This fully applies to the awkward and confused verbiage which the movant has compiled in her petition for a writ of *error audita querela*, which has been treated as a motion for relief pursuant to 28 U.S.C. § 2255. This deficit, together with the fact that notice pleading does not suffice in an action for habeas corpus relief, *see Lloyd v. Van Natta,* 296 F.3d 630, 633 (7th Cir. 2002), requires additional information.

**II.**

Movant is informed of the following: A court may grant relief from a federal conviction or sentence pursuant to ' 2255 "upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack." 28 U.S.C. ' 28 U.S.C. § 2255(a). The scope of relief available under ' 2255 is narrow, limited to "an error of law that is jurisdictional, constitutional, or constitutes a fundamental defect which inherently results in a complete miscarriage of justice." *Borre v. United States,* 940 F.2d 215, 217 (7th Cir. 1991) (internal citations omitted).

The movant shall have **through September 27, 2012,** in which to explain how the allegations in her 28 U.S.C. § 2255 motion entitle her to relief from her conviction or sentence.

**IT IS SO ORDERED.**

Date: 08/31/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Jennifer Poltrock**
**USP Hazelton**
**P.O. Box 2000**
**Bruceton Mills, WV  26525**