UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JENNIFER POLTROCK, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | No. 2:12-cv-00235-JMS-WGH |
| | ) | 2:10-cr-07-JMS-CMM-2 |
| UNITED STATES OF AMERICA. | ) | |

**Entry Denying Motion for Relief Pursuant to
28 U.S.C. ' 2255 and Denying Certificate of Appealability**

For the reasons explained in this Entry, the motion of Jennifer Poltrock ("Poltrock") for relief pursuant to 28 U.S.C. ' 2255 must be **denied** and the action dismissed without prejudice. In addition, the court finds that a certificate of appealability should not issue.

**I. The ' 2255 Motion**

A motion pursuant to 28 U.S.C. § 2255 is the presumptive means by which a federal prisoner can challenge his conviction or sentence. *See Davis v. United States*, 417 U.S. 333, 343 (1974); *United States v. Bezy*, 499 F.3d 668, 670 (7th Cir. 2007). The scope of relief available under ' 2255 is narrow, limited to Aan error of law that is jurisdictional, constitutional, or constitutes a fundamental defect which inherently results in a complete miscarriage of justice.@ *Borre v. United States*, 940 F.2d 215, 217 (7th Cir. 1991) (internal citations omitted). This was explained to Poltrock and she was given a period of time in which to explain how the allegations in her 28 U.S.C. § 2255 motion for relief fall within the scope of ' 2255(a).

Based on the relief sought, Poltrock's petition for a writ of error audita querela filed in 2:10-cr-07-JMS-CMM-2 was re-docketed as a motion for relief pursuant to 28 U.S.C. § 2255. Poltrock was notified of the text of § 2255 and of the scope of relief available under such statute. She was given an opportunity to supplement the § 2255 motion by setting forth any basis on which she could obtain relief in this case.

Poltrock failed to respond to the directions just noted. This leaves the matter resting on her claim that her sentence was wrongfully enhanced based on her possession of a firearm. She has not supported this claim with any reasoning or

authority. As presented, therefore, this claim fails to support relief pursuant to 28 U.S.C. § 2255. Her motion for relief pursuant to that statute is denied.

Judgment consistent with this Entry shall now issue.

## II. Certificate of Appealability

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the *Rules Governing ' 2255 Proceedings*, and 28 U.S.C. ' 2253(c), the court finds that Poltrock has failed to show that reasonable jurists would find Ait debatable whether the petition states a valid claim of the denial of a constitutional right@ and Adebatable whether [this court] was correct in its procedural ruling.@ *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The court therefore denies a certificate of appealability.

**IT IS SO ORDERED.**

Date: 11/20/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jennifer Poltrock
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV  26525